```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

DANIEL J. HARDY,                   )   3:07-CV-00534-ECR-RAM
                                   )
    Plaintiff,                     )   MINUTES OF THE COURT
                                   )
vs.                                )   DATE: December 11, 2009
                                   )
RANDALL NIXON, et al.,             )
                                   )
    Defendants.                    )
_____)

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN      Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On November 10, 2009, the Magistrate Judge filed a Report and Recommendation (#37) recommending that Plaintiff's Motion (#36) to dismiss the complaint be granted.

    No objections were filed to the Report and Recommendation (#37), which appears to be well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#37) is **APPROVED** and **ADOPTED**.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss (#36) the complaint is **GRANTED**.

    The Clerk shall enter judgment accordingly.

                                                  LANCE S. WILSON, CLERK

                                                  By        /s/
                                                        Deputy Clerk